UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| JESSICA GINGRAS and ANGELA C. GIVEN, on behalf of themselves and all others similarly situated,<br>　　　Plaintiffs<br><br>　　　　v.<br><br>JOEL ROSETTE, TED WHITFORD, TIM MCINERNEY, THINK FINANCE, INC., TC LOAN SERVICE, LLC, KENNETH E. REES, TC DECISION SCIENCES, LLC, TAILWIND MARKETING, LLC, SEQUOIA CAPITAL OPERATIONS, LLC and TECHNOLOGY CROSSOVER VENTURES,<br>　　　Defendants | Docket No. 5:15-cv-101 |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

　　　Plaintiffs file this Notice of Supplemental Authority to bring to the Court's attention a decision by the Eastern District of Pennsylvania in the case of *Commonwealth of Pennsylvania v. Think Finance, Inc., et al*, Civil Action No. 14-cv-7139.  A copy of the decision is attached as Exhibit 1.

　　　Dated:　　Burlington, Vermont
　　　　　　　　January 18, 2016

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew B. Byrne
　　　　　　　　　　　　　　　　　　　　　　　　Matthew B. Byrne, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Gravel & Shea PC
　　　　　　　　　　　　　　　　　　　　　　　　76 St. Paul Street, 7th Floor, P. O. Box 369
　　　　　　　　　　　　　　　　　　　　　　　　Burlington, VT  05402-0369
　　　　　　　　　　　　　　　　　　　　　　　　(802) 658-0220
　　　　　　　　　　　　　　　　　　　　　　　　mbyrne@gravelshea.com
　　　　　　　　　　　　　　　　　　　　　　　　For Plaintiffs

