UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JESSICA GINGRAS and ANGELA C. GIVEN, on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs,*<br><br>v.<br><br>JOEL ROSETTE, TED WHITEFORD, TIM MCINERNEY, THINK FINANCE, INC., TC LOAN SERVICE, LLC, KENNTEH E. REES, TC DECISION SCIENCES, LLC, TAILWIND MARKETING, LLC, SEQUOIA CAPITAL OPERATION, LLC and TECHNOLOGY VENTURES,<br><br>     *Defendants.* | Docket No. 5:15-cv-101 |

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE THAT on October 23, 2017, Think Finance, LLC (f/k/a Think Finance, Inc.), TC Loan Service, LLC, TC Decision Sciences, LLC, and Tailwind Marketing, LLC (collectively, the "Debtors"), Defendants in the above-captioned proceedings, filed voluntary petitions for relief pursuant to chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"). The Debtors' bankruptcy cases (the "Bankruptcy Cases") are pending before the United States Bankruptcy Court for the Northern District of Texas. The Debtors have requested joint administration of the Bankruptcy Cases under Case No. 17-33964-hdh11.

Immediately upon the commencement of the Bankruptcy Cases, the automatic stay imposed by section 362 of the Bankruptcy Code went into effect. Section 362 operates as a stay, applicable to all entities, of (i) the commencement or continuance of judicial, administrative, or

other actions or proceedings against the Debtors that were or could have been commenced before the commencement of the Bankruptcy Cases, or to recover a claim against the Debtors that arose before the commencement of the Bankruptcy Cases, (ii) the enforcement against the Debtors or against the property of the estate of a judgment obtained before the commencement of the Bankruptcy Cases, (iii) any act to obtain possession of property of or from the estate or to exercise control over property of the estate, and (iv) any act to create, perfect, or enforce a lien against property of the estate.

Dated: October 25, 2017

Respectfully submitted,

_____
Ritchie E. Berger, Esq.
DINSE, KNAPP & MCANDREW, P.C.
P.O. Box 988
Burlington, VT 05402-0988
(802) 864-5751

-and-

Kymberly Kochis
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Phone: (212) 389-5000
Facsimile: (212) 389-5099
Email: kymberlykochis@eversheds-sutherland.com

Lewis S. Wiener
Eversheds Sutherland (US) LLP
700 6th Street, N.W., Suite 700
Washington, DC 20001
Phone: (202-383-0100
Emails: lewiswiener@eversheds-sutherland.com
*Attorneys for Defendants-Appellants Think Finance, Inc., TC Loan Service, LLC, TC Decision Sciences, LLC and Tailwind Marketing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I caused the foregoing to be filed through this Court's CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

_____
Ritchie E. Berger, Esq.

10014.000001 EMF_US 67027373v3